UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 3:22-cv-01252-TJC-PDB

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 73.192.110.229, an individual,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.192.110.229, are voluntarily dismissed with prejudice.

Dated: December 29, 2022

                                                    Respectfully submitted,

                                                  **SMGQ LAW**

By: /s/ *Rachel E. Walker*
RACHEL E. WALKER (FL Bar No. 111802)
1200 Brickell Ave, Suite 950
Miami, FL 33131
Telephone: 305-377-1000
Fax: 855-327-0391
Primary Email: rwalker@smgqlaw.com

**MAMONE VILLALON**

By:  /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
tyler@mvlawpllc.com
Yetian Wang, Esq.
yetian@mvlawpllc.com
100 SE 2nd St. Suite 2000
Miami, FL 33131
Tel.: (786) 209-2379

*Attorneys for Plaintiff*